IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-02598-MSK-BNB

RONNIE WATKINS, Surviving spouse,
MADELINE WATKINS,
LANDON WATKINS, and
MICHAELA WATKINS, Surviving Minor Children
By and Through Their Father Ronnie Watkins

    Plaintiffs,

vs.

ACTION CARE AMBULANCE, INC., a Colorado corporation,

    Defendant.

---

### DEFENDANT ACTION CARE AMBULANCE, INC.'S ANSWER AND JURY DEMAND

---

    COMES NOW Defendant Action Care Ambulance, Inc., by and through its attorneys, The Waltz Law Firm, and hereby Answers the complaint in the within matter and states as follows:

#### GENERAL ALLEGATIONS

    1.    Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 1 of Plaintiffs' complaint and therefore denies same.

    2.    Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 2 of Plaintiffs' complaint and therefore denies same.

    3.    Defendant admits the allegations contained in Paragraph 3 of Plaintiffs' complaint.

    4.    Defendant admits the allegations contained in Paragraph 4 of Plaintiffs' complaint.

    5.    Defendant admits the allegations contained in Paragraph 5 of Plaintiffs' complaint.

    6.    Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 6 of Plaintiffs' complaint and therefore denies same.

    7.    Defendant is without sufficient information to either admit or deny the allegations contained in Paragraph 7 of Plaintiffs' complaint and therefore denies same.

8. Defendant admits the allegations contained in Paragraph 8 of Plaintiffs' complaint.

9. Defendant admits the allegations contained in Paragraph 9 of Plaintiffs' complaint except to the extent that it alleges that the word "custody" is used in the paragraph, which Defendant denies due to the ambiguous nature in which that word might be used in that paragraph.

10. Defendant admits the allegations contained in Paragraph 10 of Plaintiffs' complaint.

11. Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 11 of Plaintiffs' complaint and therefore denies the same.

12. Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 12 of Plaintiffs' complaint and therefore denies the same.

13. Defendant admits the allegations contained in Paragraph 13 of Plaintiffs' complaint.

14. Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 14 of Plaintiffs' complaint and therefore denies the same.

15. Defendant admits the allegations contained in Paragraph 15 of Plaintiffs' complaint.

16. Defendant admits the allegations contained in Paragraph 16 of Plaintiffs' complaint.

17. Defendant admits the allegations contained in Paragraph 17 of Plaintiffs' complaint.

18. Defendant denies the allegations contained in Paragraph 18 of Plaintiffs' complaint.

19. Defendant admits the allegations contained in Paragraph 19 of Plaintiffs' complaint.

20. Defendant admits the allegations contained in Paragraph 20 of Plaintiffs' complaint.

21. Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 21 of Plaintiffs' complaint and therefore denies the same.

22. Defendant admits the allegations contained in Paragraph 22 of Plaintiffs' complaint.

23. Defendant admits the allegations contained in Paragraph 23 of Plaintiffs' complaint and would note that the belt had been unlocked from Mellissa Watkins' "waist".

24. Defendant admits the allegations contained in Paragraph 24 of Plaintiffs' complaint to the extent that it is alleged that Mellissa Watkins jumped from the ambulance onto the roadway.

Defendant denies that Mellissa Watkins fell from the ambulance as alleged in paragraph 24 of Plaintiff's Complaint.

25. Defendant admits the allegations contained in Paragraph 25 of Plaintiffs' complaint.

26. Defendant admits the allegations contained in Paragraph 26 of Plaintiffs' complaint.

27. Defendant admits the allegations contained in Paragraph 27 of Plaintiffs' complaint.

28. Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 28 of Plaintiffs' complaint and therefore denies the same.

## FIRST CLAIM FOR RELIEF

29. This Defendant incorporates by reference herein their previous admissions and denials where relevant to Plaintiffs' First Claim.

30. Defendant admits the allegations contained in Paragraph 30 of Plaintiffs' complaint.

31. Defendant denies the allegations contained in Paragraph 31 of Plaintiffs' complaint.

32. Defendant denies the allegations contained in Paragraph 32 of Plaintiffs' complaint.

33. Defendant denies the allegations contained in Paragraph 33 of Plaintiffs' complaint.

## **FIRST AFFIRMATIVE DEFENSE**

Plaintiffs' Complaint fails to state a claim or cause of action upon which relief can be granted against the Defendant.

## **SECOND AFFIRMATIVE DEFENSE**

Plaintiffs have failed to mitigate their damages, if any, as is required by law.

## **THIRD AFFIRMATIVE DEFENSE**

The Plaintiffs' decedent Mellissa Watkins assumed a known and unreasonable risk, which assumption is attributed to or binding on the Plaintiffs.

## **FOURTH AFFIRMATIVE DEFENSE**

Plaintiffs' claimed injuries and damages were caused by the negligence or fault of the Plaintiffs' decedent. On a comparative basis, the negligence of the Plaintiffs' decedent far outweighs

the negligence or fault if any of this Defendant, again, which negligence or fault is denied.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiffs' claimed injuries and damages were caused by the negligence or fault of third persons over whom this Defendant had no control or right of control.

### SIXTH AFFIRMATIVE DEFENSE

WHEREFORE, having fully answered Plaintiffs' Complaint, Defendant prays for dismissal of the same, for its costs expended in the defense hereof, and for such other and further relief as to this Court deems just and proper.

DEFENDANT HEREBY DEMANDS TRIAL TO A JURY OF SIX.

THE WALTZ LAW FIRM

By: s/Richard A. Waltz
Richard A. Waltz, #11567
1660 Lincoln Street, Suite 2510
Denver, CO 80264
(303)830-8800 Telephone
(303)830-8850 Fax

### CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of January, 2008, I electronically filed a true and correct copy of the above Defendant Action Care Ambulance, Inc.'s Answer and Jury Demand with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Neil Hillyard
HILLYARD, WAHLBERG, KUDLA & SLOANE, LLP
5445 DTC Parkway, #750
Englewood, CO 80111

s/Sherrol Horner