IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02598-MSK-BNB

RONNIE WATKINS, surviving spouse,
MADELINE WATKINS,
LANDON WATKINS, and
MICHAELA WATKINS, surviving minor children by and through their father, Ronnie Watkins,

Plaintiffs,

v.

ACTION CARE AMBULANCE, INC., a Colorado corporation,

Defendant.
_____

**ORDER**
_____

This matter is before me on the following:

(1) **Plaintiffs' Motion to Strike Defendant Action Care Ambulance's Designation of Non-Parties at Fault** [Doc. # 16, filed 4/3/2008] (the "Motion to Strike"); and

(2) **Motion for Enlargement of Time to Join Parties and Amend Pleadings** [Doc. # 17, filed 4/3/2008] (the "Motion for Enlargement").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Strike is DENIED.

IT IS FURTHER ORDERED that the Motion for Enlargement is DENIED WITHOUT PREJUDICE.

Dated April 23, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge