IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02598-MSK-BNB

RONNIE WATKINS, surviving spouse,
MADELINE WATKINS,
LANDON WATKINS, and
MICHAELA WATKINS, surviving minor children by and through their father, Ronnie Watkins,

Plaintiffs,

v.

ACTION CARE AMBULANCE, INC., a Colorado corporation,

Defendant.

_____

**ORDER**
_____

This matter is before me on **Plaintiffs' Unopposed Motion to Amend the Complaint and Join Highlands Behavioral Health and Mary Braud, M.D. as Party Defendants** [Doc. # 33, filed 6/6/2008] (the "Motion to Amend"). No proposed amended complaint is attached to the Motion to Amend, however. I will not grant a motion to amend in the abstract, and the description of the claim(s) sought to be added is insufficient to determine whether amendment is proper. The plaintiffs may still seek leave to amend, but they must attach as an exhibit to the motion their proposed amended complaint, which must contain all claims against all parties which they intend to assert and which cannot incorporate by reference any other pleading or document.

IT IS ORDERED that the Motion to Amend is DENIED.

Dated June 9, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge