IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02598-MSK-BNB

RONNIE WATKINS, surviving spouse,
MADELINE WATKINS,
LANDON WATKINS, and
MICHAELA WATKINS, surviving minor children,
By and through their father, RONNIE WATKINS,

Plaintiffs,

v.

ACTION CARE AMBULANCE, INC., a Colorado corporation,
UHS OF DENVER, INC., a foreign corporation, d/b/a Highlands Behavioral Health System, and
MARY BRAUD, M.D.,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that **Plaintiffs' Amended Unopposed Motion to Amend the Complaint and Join Highlands Behavioral Health and Mary Braud, M.D. as Party Defendants** [Doc. # 36, filed 6/9/2008] is GRANTED. The Clerk of the Court is directed to accept for filing Plaintiffs' Amended Complaint and Jury Demand [Doc. # 36-2].


DATED: June 9, 2008