IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02598-PAB-BNB

RONNIE WATKINS, surviving spouse,
MADELINE WATKINS,
LANDON WATKINS, and
MICHAELA WATKINS, surviving minor children by and through their father, Ronnie Watkins,

Plaintiffs,

v.

ACTION CARE AMBULANCE, INC., a Colorado corporation,
UHS OF DENVER, INC., a foreign corporation, d/b/a Highlands Behavioral Health System, and
MARY BRAUD, M.D.,

Defendants.

---

**ORDER**

---

The parties appeared this morning for a status conference. Consistent with matters discussed at the status conference:

IT IS ORDERED that the parties shall submit a revised scheduling order, on or before **December 29, 2008**, for my review.

Dated December 11, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

1