IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02598-PAB-BNB

RONNIE WATKINS, surviving spouse,
MADELINE WATKINS,
LANDON WATKINS, and
MICHAELA WATKINS, surviving minor children,
By and through their father, RONNIE WATKINS,

Plaintiffs,

v.

ACTION CARE AMBULANCE, INC., a Colorado corporation,
UHS OF DENVER, INC., a foreign corporation, d/b/a Highlands Behavioral Health System, and
MARY BRAUD, M.D.,

Defendants.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

        Pursuant to the Scheduling Order, it is hereby ORDERED that a **Pretrial Conference** is set for **September 10, 2009, at 9:00 a.m.**, in Courtroom A-401, Fourth Floor, of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

        The Final Pretrial Order shall be submitted pursuant to District of Colorado ECF Procedures V.L.1.b. on or before **September 3, 2009**.  The Final Pretrial Order should be prepared in accordance with Appendix G, D.C.COLO.LCivR.

DATED:  December 30, 2008