IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 07-cv-02598-MSK-BNB | Date: February 17, 2009 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

| | |
|---|---|
| RONNIE WATKINS, surviving spouse, MADELINE WATKINS, LANDON WATKINS, and MICHAELA WATKINS, surviving minor children, By and through their father, RONNIE WATKINS, | Penelope Clor |
| Plaintiffs, | |
| v. | |
| ACTION CARE AMBULANCE, INC., a Colorado corporation, | Richard Waltz |
| UHS OF DENVER, INC., a foreign corporation, d/b/a Highlands Behavioral Health System, and | Kara Rosenthal |
| MARY BRAUD, M.D., | Porya Mansorian |
| Defendants(s). | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:     9:01 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:**  Motion for protective order filed by plaintiffs filed 2/4/09 (**Doc. 86**) **is granted as stated on the record.**

Court in Recess	9:44 a.m.	Hearing concluded.	Total time in court:	00:43

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.