IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer

Civil Case No. 07-cv-02598-PAB-BNB

RONNIE WATKINS, surviving spouse,
MADELINE WATKINS,
LANDON WATKINS, and
MICHAELA WATKINS, surviving minor children,
by and through their father Ronnie Watkins,

    Plaintiffs,

v.

ACTION CARE AMBULANCE, INC., a Colorado corporation,

    Defendant.

_____

## ORDER OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT MARY BRAUD, M.D.
_____

THIS MATTER comes before the Court upon the Stipulation for Dismissal with Prejudice of Mary Braud, M.D. Only [Docket No. 94]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted in this matter as to defendant Mary Braud, M.D. are dismissed with prejudice, with each party to bear his or her own attorneys' fees and costs. It is further

**ORDERED** that the caption of this case shall be amended as set forth in this Order.

DATED April 6, 2009.

                                                  BY THE COURT:

                                                s/Philip A. Brimmer
                                                PHILIP A. BRIMMER
                                                United States District Judge