IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 07-cv–02598-PAB-BNB | Date: April 30, 2009 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

| | |
|---|---|
| RONNIE WATKINS, surviving spouse, MADELINE WATKINS, LANDON WATKINS, and MICHAELA WATKINS, surviving minor children, By and through their father, RONNIE WATKINS, Plaintiff(s), v. ACTION CARE AMBULANCE, INC., a Colorado corporation, Defendants(s). | Penelope Clor

Richard Waltz |

### COURTROOM MINUTES

**TELEPHONIC HEARING: MOTIONS**

Court in Session:     1:32 p.m.

Appearance of counsel.

Court's opening remarks.

Discussion regarding status of course.

Argument presented.

**ORDERED: Motion to amend statement of claims and defenses in amended scheduling order by plaintiffs filed 4/21/09 Doc. [98] is denied as stated on the record.**

Court in Recess     1:47 p.m.     Hearing concluded.     Total time in court:     00:15

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.