IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02598-PAB-BNB

RONNIE WATKINS, surviving spouse,
MADELINE WATKINS,
LANDON WATKINS, and
MICHAELA WATKINS, surviving minor children by and through their father, Ronnie Watkins,

Plaintiffs,

v.

ACTION CARE AMBULANCE, INC., a Colorado corporation,

Defendant.

_____

**ORDER**
_____

The parties appeared this afternoon at my request for a status conference. Pending at that time were the following:

(1)   Plaintiffs' **Motion to Amend Statement of Claims and Defenses In Amended Scheduling Order** [Doc. # 98, filed 4/21/2009] (the "Motion"); and

(2)   **Status Report Re: Settlement Conference** [Doc. # 101, filed 4/28/2009] (the "Status Report"). I made rulings on the record concerning the Motion and the Status Report, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is DENIED.

IT IS FURTHER ORDERED that the settlement conference before me on July 31, 2009, is <u>not</u> <u>vacated</u>. It will be vacated only upon notice from the parties that the mediation before Judge Leland Anderson of the Judicial Arbiter Group proceeded in a manner consistent with my

minute order concerning the settlement conference [Doc. # 100, filed 4/27/2009] that "counsel shall have parties present at the Settlement Conference who shall have full authority to negotiate all terms and demands presented by the case, and full authority to enter into a settlement agreement, including an adjustor if an insurance company is involved."

Dated April 30, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge