**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer**

Civil Case No. 07-cv-02598-PAB-BNB

RONNIE WATKINS, surviving spouse,
MADELINE WATKINS,
LANDON WATKINS, and
MICHAELA WATKINS, surviving minor children,
by and through their father Ronnie Watkins,

      Plaintiffs,

v.

ACTION CARE AMBULANCE, INC., a Colorado corporation,

      Defendant.
_____

**MINUTE ORDER**
_____

**Entered by Judge Philip A. Brimmer**

    This matter comes before the Court upon review of the file.  In July 2008, former defendant UHS of Denver, Inc. filed a motion to dismiss plaintiffs' Amended Complaint [Docket No. 62], along with a request that the Court take judicial notice of certain facts pertinent to that motion [Docket No. 64].  Shortly thereafter, former defendant Mary Braud, M.D. filed a motion to join UHS of Denver, Inc.'s motion to dismiss, which she supplemented with argument specific to her own defense [Docket No. 65].  Since these papers were filed, UHS of Denver, Inc. was voluntarily dismissed as a party by plaintiff's March 31, 2009 Notice of Dismissal [Docket No. 95] and Mary Braud, M.D. was voluntarily dismissed as a party pursuant to the Court's April 6, 2009 Order [Docket No. 96].  Because neither UHS of Denver, Inc. nor Mary Braud, M.D. remains a party to this action, their July 2008 motions are moot.  Accordingly, it is

    **ORDERED** that UHS of Denver, Inc.'s motion to dismiss [Docket No. 62]; UHS of Denver, Inc.'s request for judicial notice [Docket No. 64]; and Mary Braud, M.D.'s motion to join UHS of Denver, Inc.'s motion to dismiss [Docket No. 65] are DENIED as moot.

    DATED June 26, 2009.