IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02598-PAB-BNB

RONNIE WATKINS, surviving spouse,
MADELINE WATKINS,
LANDON WATKINS, and
MICHAELA WATKINS, surviving minor children by and through their father, Ronnie Watkins,

Plaintiffs,

v.

ACTION CARE AMBULANCE, INC., a Colorado corporation,

Defendant.

_____

**ORDER**
_____

This matter is set for a settlement conference on July 31, 2009, at 10:00 a.m.  I am informed that the parties participated in a day-long private mediation today, without success, and that the settlement conference scheduled to occur before me on July 31 would be a waste of resources.  Accordingly,

IT IS ORDERED that the settlement conference set for July 31, 2009, at 10:00 a.m., is VACATED.

Dated July 28, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge