IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02598-PAB-BNB

RONNIE WATKINS, surviving spouse,
MADELINE WATKINS,
LANDON WATKINS, and
MICHAELA WATKINS, surviving minor children,
By and through their father, RONNIE WATKINS,

Plaintiffs,

v.

ACTION CARE AMBULANCE, INC., a Colorado corporation,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that **Plaintiffs Motion for Leave to File a Reply [etc.]** [Doc. # 167, filed 11/10/2009] is GRANTED.  Plaintiffs shall file their reply on or before **December 11, 2009**.

DATED:  December 4, 2009