IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No. 07-cv-02598-PAB-BNB

RONNIE WATKINS, surviving spouse,
MADELINE WATKINS,
LANDON WATKINS, and
MICHAELA WATKINS, surviving minor children,
by and through their father Ronnie Watkins,

    Plaintiffs,

v.

ACTION CARE AMBULANCE, INC., a Colorado corporation,

    Defendant.
_____

**ORDER**
_____

This matter is before the Court on the stipulated motion to continue the trial date [Docket No. 186]. The Court finds that the parties have established good cause for continuing the trial date in this matter. Therefore, it is

**ORDERED** that the stipulated motion to continue the trial date [Docket No. 186] is GRANTED. It is further

**ORDERED** that the trial set to begin on September 13, 2010 and the trial preparation conference set for August 20, 2010 at 8:30 a.m. are vacated. On or before July 7, 2010, the parties shall jointly contact chambers (303-335-2794) to schedule a trial to begin no sooner than March 1, 2011.

DATED June 24, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge