IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02598-PAB-BNB

RONNIE WATKINS, surviving spouse,
MADELINE WATKINS,
LANDON WATKINS, and
MICHAELA WATKINS, surviving minor children,
By and through their father, RONNIE WATKINS,

Plaintiffs,

v.

ACTION CARE AMBULANCE, INC., a Colorado corporation,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that the **Motion for Leave to File Plaintiffs' Motion for Partial Summary Judgment Re: Comparative Negligence of Plaintiff Ronnie Watkins** [Doc. # 194, filed 10/22/2010] is GRANTED. The Clerk of the Court is directed to accept for filing Plaintiffs' Motion for Partial Summary Judgment Re: Claim of Comparative Negligence of Plaintiff Ronnie Watkins [Doc. # 194-1] and accompanying exhibits.

DATED: October 26, 2010