IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy: Deborah Hansen                 Date:  September 27, 2011
Court Reporter:      Gwen Daniel

_____

Civil Action No.  07-cv-02598-WJM-BNB            Counsel:

RONNIE Watkins, Surviving Spouse,                Neil A. Hillyard
MADELINE WATKINS,                                Penelope L. Clor
LANDON WATKINS, and                              Michael Djordjevic
MICHAELA WATKINS, Surviving Minor
Children, By and through their father
RONNIE WATKINS,

       Plaintiffs,

v.

ACTION CARE AMBULANCE, INC., a                   Richard A. Waltz
Colorado Corporation,                            Carolyn A. Gyermek

       Defendant.

_____

COURTROOM MINUTES
_____

JURY TRIAL - DAY SEVEN

09:31 a.m.    Court in Session - without jury

Court's comments

Mr. Waltz' comments

Other than the Defendant's objection to the Plaintiffs' Motion to Submit Curative/Explanatory Instruction Re: Witness Vellman (Doc No. 302) submitted this morning, Mr. Waltz does not have any additional argument.

**ORDERED:   Plaintiffs' Motion to Submit Curative/Explanatory Instruction Re:
            Witness Vellman (Doc No. 302) is GRANTED.**

The Court's findings and conclusions of law entered on the record

**ORDERED: Defendant's Rule 50 motion requesting that the Court find as a matter of law that Mrs. Watkins' intentional jump from the ambulance was negligent and a cause of Plaintiff's injuries is DENIED.**

**Plaintiffs' motion for a directed verdict is DENIED. Plaintiffs' cross-motion on the issue of comparative negligence is GRANTED. The Court concludes as a matter of law that comparative negligence is not an appropriate defense in this case pursuant to Rule 50. A more detailed written order shall issue.**

09:45 - 11:14  Jury Instruction Conference

Defendant's oral motion to dismiss the Plaintiffs' case (by Mr. Waltz):
    In their brief Defendant mentioned the requirement under Colorado statutes that in a medical malpractice case, or a case involving healthcare practitioners, a certificate of review is required.  No certificate of review was filed by the Plaintiffs in this case, and Defendant believes that the motion is timely, given the testimony yesterday by Dr. Vellman confirming that all acts of EMTs and paramedics are taken under his license and with his supervision  as required by Colorado law -- which Defendant believes is undisputed.

**ORDERED: Defendant's oral motion to dismiss the Plaintiffs' case is DENIED.**

10:15 Court in Recess
10:39 Court in Session - jury present

Court instructs jury on the law

11:15  Closing Argument (by Mr. Djordjevic)

11:35  Closing Argument (by Mr. Waltz)

12:05  Rebuttal Argument (by Mr. Djordjevic)

12:16  Jury Bailiffs sworn

12:17  Jury excused to deliberate

12:20 Court in Recess
04:51  Court in Session

All counsel are present.

04:53  Jury present

The Jury is excused for the evening, and the Court asks them to return at 8:25 tomorrow.

Counsel shall be present at 8:30 tomorrow morning.

04:55 p.m.     Court in Recess
               Trial continued
               Time: 2/29