IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Case No. 07-cv-02598-WJM- BNB

RONNIE WATKINS, et al.,

    Plaintiffs,

v.

ACTION CARE AMBULANCE, INC.,

    Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND/OR DEPOSITIONS

---

IT IS STIPULATED AND ORDERED that, at the conclusion of the jury trial, counsel for the parties shall retain custody of their respective exhibits and/or depositions until such time as all need for the exhibits and/or depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado this 28 day of September 2011.

BY THE COURT:

William J. Martínez, Judge

Attorney for Plaintiffs

Attorney for Defendant