**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 07-cv-02598-WJM-BNB

RONNIE WATKINS, surviving spouse,
MADELINE WATKINS,
LANDON WATKINS, and
MICHAELA WATKINS, surviving minor children,
by and through their father Ronnie Watkins,

    Plaintiffs,
v.

ACTION CARE AMBULANCE, INC., a Colorado corporation,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with the Order Granting Plaintiffs' Motions for Partial Summary Judgment entered by the Honorable William J. Martínez, United States District Judge, on March 23, 2011,

IT IS ORDERED that the Court finds, as a matter of law, that Mr. Watkins had no duty to convey his wife's June 20th statement to Defendant's drivers. Plaintiffs' motions for partial summary judgment [ECF Nos. 183, 197] are granted in their entirety.

This matter was tried from September 19, 2011 through September 28, 2011 before a jury of eight duly sworn to try the issues herein, the Honorable Judge William J. Martínez, presiding.

The trial proceeded to conclusion and the jury returned its Verdict as follows:

| | |
|---|---|
| Question No. 1. | Do you find that Plaintiffs have proven, by a preponderance of the evidence, that they suffered damages or losses? |
| | The answer to the question is Yes. |
| Question No. 2. | Do you find that plaintiffs have proven by a preponderance of the evidence that Defendant was negligent? |
| | The answer to the question is Yes. |
| Question No. 3. | Do you find that Plaintiffs have proven by a preponderance of the evidence that Defendant's negligence caused Plaintiffs' damages or losses? |
| | The answer to the question is No. |

At the close of the evidence in this case, the parties made cross-motions for judgment as a matter of law pursuant to Rule 50(a).

Pursuant to and in accordance with the Memorandum Regarding Ruling During Trial On Comparative Negligence Affirmative Defense entered by the Honorable William J. Martínez, United States District Judge, on October 5, 2011, and incorporated herein as if fully set forth, and the Verdict,

IT IS FURTHER ORDERED that, pursuant to Fed. R. Civ. P. 58(a), Final Judgment is entered for Defendant and against the Plaintiffs and the action and complaint are dismissed.

IT IS FURTHER ORDERED that Defendant is awarded costs upon the filing of a Bill of Costs with the Clerk of Court within fourteen days' entry of judgment.

Dated at Denver, Colorado this 7th day of October, 2011.

| APPROVED: | BY THE COURT: |
|---|---|
| | GREGORY C. LANGHAM, CLERK |
| _____ | By   s/ Edward P. Butler_____ |
| Judge William J. Martínez | Edward P. Butler, Deputy Clerk |